Ninth Circuit denied. *Mr. Clarence A. Shuey* for petitioner. *Mr. Edward J. McCutchen* for respondent.

---

No. 353. GEORGE WESTCOTT STEARN ET AL. *v.* UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. T. F. Railsback* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 354. GUILLERMO SEVERINO AND PETRA ABSALON *v.* EL HOGAR FILIPINO, SOCIEDAD MUTUA DE CONSTRUCCION Y PRESTAMOS. October 24, 1927. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Wm. J. Rohde* and *Robert W. Jennings* for petitioners. *Messrs. Clyde A. DeWitt* and *Eugene A. Perkins* for respondent.

---

No. 355. GERVASIO MIRAFLORES AND JOSÉ MIRAFLORES *v.* EL HOGAR FILIPINO, SOCIEDAD MUTUA DE CONSTRUCCION Y PRESTAMOS. October 24, 1927. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Wm. J. Rohde* and *Robert W. Jennings* for petitioners. *Messrs. Clyde A. DeWitt* and *Eugene A. Perkins* for respondent.

---

No. 356. JOSEPH S. WILLIAMS ET AL. *v.* UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Philip Rubenstein* and *David A. Ellis* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.